UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA REEVE,<br><br>       Plaintiff,<br><br>  -against-<br><br>MONEX INC et al.,<br><br>       Defendants. | No. 1:23-cv-07280 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  On December 13, 2023, Defendants filed a motion to dismiss the Complaint in this action.  ECF No. 30.  Plaintiff filed an amended complaint on January 12, 2024.  ECF No. 35 (the "Amended Complaint").  Accordingly, Defendants' motion to dismiss is DENIED as moot, without prejudice to file a new motion, if any, in response to the Amended Complaint.

  The Clerk of Court is respectfully directed to close the motion pending at ECF No. 30.

Dated: January 16, 2024
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge